UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **MELISSA CARSON**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**THE HOME DEPOT, INC.**,<br><br>*Defendant*. | **CASE NO: 4:21-cv-01028-P** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Melissa Carson, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action. All claims of Plaintiff, individually, are hereby dismissed without prejudice.

Dated: September 14, 2021

Respectfully submitted,

**By:**   */s/ Andrew Shamis*
Andrew Shamis, Esq.
Texas Bar No. 24124558
ashamis@shamisgentile.com
**SHAMIS GENTILE, P.A.**
14 NE 1st Ave, Ste. 705
Miami, FL 33132
Office: (305) 479-2299
Fax: (786) 623-0915